**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-6826**

———————

JOHN R. LAY,

        Petitioner - Appellant,

    v.

STATE OF MARYLAND,

        Respondent - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson Everett Legg, Chief District Judge. (1:08-cv-00225-BEL)

———————

Submitted: August 14, 2008      Decided: August 21, 2008

———————

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

John R. Lay, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John R. Lay seeks to appeal the district court's order denying as moot his motions for injunctive relief and a stay pending review. We have independently reviewed the record and agree with the district court that Lay's motions are moot. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED